# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| LAN TU TRINH, | : | No. 315 EAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| KATHLEEN LIEN TRINH A/K/A LEIN | : | |
| BICH TRINH AND LT INTERNATIONAL | : | |
| BEAUTY SCHOOL, INC., | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal and Petitions for Leave to Amend are **DENIED**.